HATTIE WEISSMAN, Appellant, v. NIBUR REALTY CO., INC., and EAGLE INDEMNITY COMPANY, Respondents.— Order reversed upon the law, with ten dollars costs and disbursements, motion of defendant Eagle Indemnity Company to bring in J. W. Block as a party defendant denied, with ten dollars costs, and plaintiff's motion for judgment on the pleadings and for summary judgment granted, with ten dollars costs. The collateral bond sued upon is in our opinion a guaranty of payment and not a guaranty of collection, and its terms and conditions are coextensive with the terms and conditions of the bond and mortgage. None of the defenses interposed by the defendants are sufficient in law and the answers contain no sufficient denials and, therefore, raise no issue. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.

MARTIN C. ANSORGE and EDWARD W. DRUCKER, Appellants, v. LILLIAN NATHAN, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

RUTH APGAR, Appellant, v. FRANK L. APGAR, Respondent.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LOUIS ARONSON and ABE GOLDBERG, Appellants, v. MAX J. BASS, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOSEPH BAILIS, Appellant, v. PROSPER KNITTING MILLS, INC., BERNARD KAPLAN and SAMUEL SELIGMAN, Respondents.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

NATHAN BANDELL, Appellant, v. JULIUS GUTER and ALBERT KAHN, Respondents. MAX H. NEWMAN, Defendant. Consolidated with the Action of JULIUS GUTER, Plaintiff, v. MAX H. NEWMAN, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MIRIAM BARON, Respondent, v. ALEXANDER GERSEN, Appellant, and Others, Defendants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

CHARLES FRANCIS BATES, Appellant, v. ROBERT L. BARROWS and Others, as Trustees of Union Free School District No. 3 of the Town of Eastchester, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOANNA E. BAXTER, Appellant, v. CATHARINE L. MAIRS, etc., and Others, Respondents. THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MEYER BEHRMAN, Appellant, v. AARON BENDERSKY, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.